# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2011

142841

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

NANCY ANN PRINS,
         Plaintiff-Appellee,

v

MICHIGAN STATE POLICE,
         Defendant-Appellant,

and

DAVID FEDEWA,
         Defendant.

SC:  142841
COA: 293251
Ionia CC: 2009-026799-NZ

_____/

On order of the Court, the application for leave to appeal the February 15, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the 180-day statute of limitations in Section 10(1) of the Freedom of Information Act, MCL 15.240(1), begins to run on the date the public body produces its final determination to deny a request for a public record or, as the Court of Appeals held, on the date the public body sends out or officially circulates its denial.

The Michigan Municipal League is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2011

Clerk

p0622